The Truths

Conformity with fact or reality.

To understand what is writting hear, you must read the Police report, the Statement of Ms. Bernal, the Map of the town and the R.R. 5 of 7 coaching of Ms. Bernal during the trial. If Eddie Jones could have trust the jury, he would have taken the stand; but their was two many people on the jury, that was working with the law; Attorney, student who were studies law and going to school at Texas Teach. People who work for Attorney and Attorney secretary.

Ms. Bernal just want Eddie Jones to help her with her son. She did not want him in prison. She can-not get help if Eddie Jones Lock-up.

Allowed Ms. Bernal baby be raise by his real father like all of the other's kid's, And Allowed Ms. Bernal to write Eddie Jones until this case is over. Go and talk with Ms. Bernal about this matter and see what she has to say about this.

Eddie Jones

Eddie Jones

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 03 2015

Abel Acosta, Clerk

Ms. Lynda Sue Bernal SS. 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
315 Texas Ave. SLATON, Texas Lubbock County

FILED IN
COURT OF CRIMINAL APP

FEB 0

Abel Acosta, Clk.